UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH I. TAITT,

          Plaintiff,

v.

MARTIN J. GRUENBERG,

          Defendant.

Case No. 2:14-cv-11461
Chief Judge Gerald E. Rosen
Magistrate Judge Anthony P. Patti

**ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME (DEs 39, 40)**

Deborah I. Taitt initiated this lawsuit on April 10, 2014 against Martin J. Gruenberg, Chairman of the Board of Directors of the Federal Deposit Insurance Corporation (FDIC).  DE 1; *see also* DE 6.  Within days of filing her complaint, Plaintiff was granted *pro se* e-filing access.  Defendant Gruenberg filed an answer on October 10, 2014.  DE 20.[1]

Currently pending before the Court is Defendant's December 19, 2014 motion for summary judgment (DE 28).  The Court's January 26, 2015 order (DE 35) granted Plaintiff's motion for extension (DE 32) and set the response deadline for March 2, 2015.  Plaintiff filed her response (DE 36) on February 18, 2015. Two days later, on February 20, 2014, Defendant filed a "Notice of Filing

---

[1] Chief Judge Rosen referred this case to Magistrate Judge Grand for pretrial matters.  DE 22.  However, the case was reassigned from Magistrate Judge Grand to me on January 13, 2015.  DE 31.

Defendant's Statement of Material Facts and Defendant's Amended Motion for Summary Judgment." DE 37.

On March 4, 2015, the Court entered an order (DE 38) requiring Plaintiff to file a response to Defendant's February 20, 2014 filing (DE 37) on or before March 18, 2015. On the due date, Plaintiff filed two motions for a ten-day extension of time, the second of which represents that concurrence on the motion for extension was obtained from the opposing party. *See* DE 39, DE 40.

Accordingly, Plaintiff's motions for extension (DE 39, DE 40) are GRANTED as unopposed. Plaintiff shall have up to and including Monday, March 30, 2015 by which to file a response to Defendant's February 20, 2014 filing (DE 37). Plaintiff is reminded that her response must comply with *the Undersigned's specific guidelines* under the tab entitled "Special Requirements for Dispositive Motions" and the sub-part called "Procedures for the Opposing Party" found on the Court's website, and that thereafter the parties are to prepare a joint submission in accordance therewith.

**IT IS SO ORDERED.**


Dated: March 18, 2015              s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE

I certify that a copy of this document was sent to parties of record on Wednesday, March 18, 2015, electronically and/or by U.S. Mail.

                                                      s/Michael L. Williams
                                                      Case Manager to the
                                                      Honorable Anthony P. Patti

2:14-cv-11461-GER-APP   Doc # 41   Filed 03/18/15   Pg 3 of 3    Pg ID 574