UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEBORAH I. TAITT**,

      Plaintiff,

vs.

      No. 14-CV-11461
      Hon. Gerald E. Rosen
      Magistrate Judge Anthony P. Patti

**MARTIN J. GRUENBERG**,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

This matter is presently before the Court on a Report and Recommendation issued by United States Magistrate Judge Anthony P. Patti on August 12, 2015. Dkt. # 47. In his Report and Recommendation ("R & R"), Magistrate Judge Patti recommends that the Motion for Summary Judgment filed by Defendant (Dkt. # 28) be granted and that Plaintiff's claims against Defendant be dismissed with prejudice. Plaintiff timely filed objections to the R & R, Dkt. # 49, Defendant responded to those objections, Dkt. # 51, and Plaintiff filed a reply to Defendant's responses, Dkt. # 54. Having now had the opportunity to review the R & R, Plaintiff's objections, and the entire record of this matter, the Court has determined

1

that Plaintiff's objections should be overruled, and, for the reasons stated in the Report and Recommendation, Defendant's motion for summary judgment should be granted and this case should be dismissed in its entirety.

Accordingly,

IT IS HEREBY ORDERED that the Magistrate Judge's August 12, 2015 Report and Recommendation (Dkt. # 47) is hereby adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated by the Magistrate Judge, Defendant's Motion for Summary Judgment (Dkt. # 28) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**


Dated:  November 17, 2015        s/Gerald E. Rosen
                                 Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 17, 2015, by electronic and/or ordinary mail.

                                 s/Julie Owens
                                 Case Manager, (313) 234-5135

2